# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148143

TERESA D. COX,
    Plaintiff-Appellant,

v

SUNTRUST MORTGAGE, INC.,
NATIONSTAR MORTGAGE, LLC,
and FANNIE MAE a/k/a FEDERAL
NATIONAL MORTGAGE ASSOCIATION,
    Defendants-Appellees.

SC: 148143
COA: 314649
Macomb CC: 2012-001246-CH

_____/

   On order of the Court, the application for leave to appeal the October 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

h0421